IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD CHAVIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 10-6951 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al** | : | |

## ORDER

**AND NOW**, this 21st day of June, 2012, upon consideration of the Motion to Dismiss Petition for Writ of Habeas Corpus (Document No. 24) and the petitioner's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus is **DISMISSED**; and

2. There is no probable cause to issue a certificate of appealability.


    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.